UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| RODNEY HILL and KATIE HILL ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 4:19-cv-00078 |
| v. ) | |
| ) | Judge Christopher H. Steger |
| AUTO-OWNERS (MUTUAL) ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | |

### **O R D E R**

This matter is before the Court upon Defendant Auto-Owners (Mutual) Insurance Company's Motion to Interplead Insurance Funds [Doc 32]. More specifically, Defendant moves the Court for entry of an order allowing it to deposit into the Court's registry the sum of $111,387.59.

In support of this motion, Defendant admits that Plaintiffs are owed $111,387.59 on their insurance claim against Defendant. Defendant has tendered this amount to Plaintiffs—with an acknowledgement that the tender of this amount is without waiver of any rights, claims, or positions that Plaintiffs want to assert against Defendant—but Plaintiffs have refused to accept all or any portion of this amount. Defendant seeks to eliminate any dispute as to its obligation to pay these funds, and, therefore, asks that this sum be deposited into the Court's registry.

Plaintiffs do not oppose Defendant's motion to interplead these funds, provided that the tender of these funds does not require any waiver of the Plaintiffs' rights, claims or positions in this case.

The Court notes that Fed. R. Civ. P. 67 provides for interpleader as follows:

**(a) Depositing Property.** If any part of the relief sought is a money judgment or the disposition of a sum of money or some other deliverable thing, a party—on notice to every other party and by leave of court—may deposit with the court all or part of the money or thing, whether or not that party claims any of it. The depositing party must deliver to the clerk a copy of the order permitting deposit.

**(b) Investing and Withdrawing Funds.** Money paid into court under this rule must be deposited and withdrawn in accordance with 28 U.S.C. §§ 2041 and 2042 and any like statute. The money must be deposited in an interest-bearing account or invested in a court-approved, interest-bearing instrument.

Further, the specific procedures for handling funds deposited in the Court's Registry are set forth in E.D. TN. LR 67.1.

For good cause, it is hereby **ORDERED** that:

1. Defendant's Motion to Interplead Insurance Funds [Doc. 32] is **GRANTED**.

2. In effecting the deposit and payment of the funds into Court, Defendant shall follow and comply with Fed. R. Civ. P. 67 and E.D. TN. LR 67.1.

3. The Clerk of Court shall accept the sum of $111,387.59 to be deposited with the Court registry pending resolution of this action through settlement or judgment.

4. The money paid into the Court shall be deposited, handled, withdrawn, and disbursed in accordance with 28 U.S.C. §§ 2041 and 2042, Fed. R. Civ. P. 67 and E.D. TN. LR 67.1.

**SO ORDERED.**

/s/ *Christopher H. Steger*
UNITED STATES MAGISTRATE JUDGE