**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT WINCHESTER**

| | | |
|---|---|---|
| RODNEY HILL and KATIE HILL, | ) | |
| | ) | |
| *Plaintiffs*, | ) | |
| v. | ) | Case No. 4:19-cv-00078 |
| | ) | |
| AUTO-OWNERS (MUTUAL) | ) | Judge Christopher H. Steger |
| INSURANCE COMPANY, | ) | |
| | ) | |
| *Defendant.* | ) | |

## JUDGMENT

This case was tried before a jury, the Honorable Christopher H. Steger, United States

Magistrate Judge, presiding. The jury rendered a verdict in favor of Defendant Auto-Owners

(Mutual) Insurance Company and against the Plaintiffs on Plaintiffs' breach of contract claim and

Defendant's declaratory judgment claim. Accordingly, **JUDGMENT** is hereby **ENTERED** in favor of

Defendant and against Plaintiffs on both claims.

The Clerk of Court is **DIRECTED** to disburse to Plaintiffs the principal amount of $111,387.57,

plus interest, the Defendant having previously tendered the principal amount to Plaintiffs and deposited it

in the Court's registry in an interest bearing account, and which Defendant admitted is owed Plaintiffs

under the insurance policy at issue in this action. [*See* Doc. 36].

This action is **DISMISSED** in its entirety with prejudice.

**IT IS SO ORDERED.**

/s/ *Christopher H. Steger*
UNITED STATES MAGISTRATE JUDGE

ENTERED AS A JUDGMENT

/s/ *LeAnna Wilson*
CLERK OF COURT