UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

| | |
|---|---|
| RODNEY HILL and KATIE HILL, ) | |
| ) | |
| *Plaintiffs*, ) | |
| v. ) | Case No. 4:19-cv-00078 |
| ) | |
| AUTO-OWNERS (MUTUAL) ) | Judge Christopher H. Steger |
| INSURANCE COMPANY, ) | |
| ) | |
| *Defendant.* ) | |

## MODIFIED JUDGMENT[1]

This case was tried before a jury, the Honorable Christopher H. Steger, United States Magistrate Judge, presiding. The jury rendered a verdict in favor of Defendant Auto-Owners (Mutual) Insurance Company and against the Plaintiffs on Plaintiffs' breach of contract claim and Defendant's declaratory judgment claim. Accordingly, **JUDGMENT** is hereby **ENTERED** in favor of Defendant and against Plaintiffs on both claims.

The Clerk of Court is **DIRECTED** to disburse to Plaintiffs the principal amount of $111,387.59, plus interest, the Defendant having previously tendered the principal amount to Plaintiffs and deposited it in the Court's registry in an interest bearing account, and which Defendant admitted is owed Plaintiffs under the insurance policy at issue in this action. [*See* Doc. 36].

This action is **DISMISSED** in its entirety with prejudice.

**IT IS SO ORDERED.**

/s/ *Christopher H. Steger*
UNITED STATES MAGISTRATE JUDGE

ENTERED AS A JUDGMENT
/s/ LeAnna Wilson
CLERK OF COURT

---

[1] This judgment modifies the judgment entered on April 14, 2022, pursuant to Fed. R. Civ. P. 60(a) to reflect that the correct principal amount to be distributed to Plaintiffs is $111,387.59 — which is $.02 more than the amount in the original judgment. Accordingly, the judgment entered on April 14, 2022 [Doc. 138] is hereby **VACATED**.